977 So.2d 913 (2008)
BOES IRON WORKS, L.L.C., Craig D. Boes, and Lynn Boes
v.
Craig GALATAS and Mark Heller.
No. 2008-C-0079.
Supreme Court of Louisiana.
March 7, 2008.
In re Boes, Lynn; Boes, Craig D.; Boes Iron Works L.L.C. et al.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. E, No. 617-515; to the Court of Appeal, Fifth Circuit, No. 07-CA-336.
Denied.
JOHNSON, J., would grant.